UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CASTANEDA, | No.  2:14-cv-2014 DAD P |
| Petitioner, | |
| v. | ORDER |
| E. ARNOLD, | |
| Respondent. | |

Petitioner requests the appointment of counsel.  There is no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of a habeas proceeding "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.

Petitioner requests appointment of counsel on the grounds that he is indigent; that his petition sets forth a prima facie showing for relief; that the issues presented by his petition are complex; and because counsel may be required to request discovery and/or prepare for an evidentiary hearing.  (See ECF No. 2.)  Although the pending petition is adequate to require a response by respondent, ordered separately, the undersigned finds petitioner's request premature, and that the interests of justice would not be served by appointment of counsel at the present time.

/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (ECF No. 2) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

Dated: September 26, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
cast2014.110